IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE NASH and HELLEN BRANTLEY,

    Plaintiffs,

v.

JOHN DOE, CAPT. NYBAKKE
and KIMBERLY RICHARDSON,

    Defendants.

ORDER

Case No. 17-cv-923-wmc

Plaintiffs Willie Nash and Hellen Brantley have filed a proposed civil complaint. Plaintiff Nash asks for leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 2, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Willie Nash may have until January 2, 2018 to submit a trust fund account statement for the period beginning approximately May 29, 2017 and ending approximately November 29, 2017. If, by January 2, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw from this action voluntarily.

Entered this 8th day of December, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge