IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE NASH,

    Plaintiff,

v.

                                              Case No. 17-cv-923-wmc

CAPT. NYBAKKE AND KIMBERLY
RICHARDSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |